UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO VILANO ALVARADO,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>B. BIRKHOLZ,<br><br>　　　　　　　　Respondent. | Case No. 2:23-cv-08052-TJH (MAR)<br><br>JUDGMENT   [JS-6] |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** with prejudice.

Dated: April 19, 2024

_Terry J. Hatter, Jr._
HONORABLE TERRY J. HATTER, JR.
United States District Judge